OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, and the case remitted to that Court for its consideration of the facts pursuant to CPL 470.25 (2) (d) and 470.40 (2) (b).
 

 The trial court neither exceeded its authority nor placed defendant on illegal "interim probation” by postponing defendant’s sentence after her plea of guilty and placing her with a private drug treatment program
 
 (see, People v Avery,
 
 85 NY2d 503 [decided today]).
 

 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 Order reversed and case remitted to the Appellate Division, Second Department, for further proceedings in accordance with the memorandum herein.